# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 16, 2010

138805

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

LORI CALDERON, as Guardian of ARTHUR KRUMM, a Legally Incapacitated Person,
    Plaintiff/Counter-Defendant-
    Appellee,

and

FUNCTIONAL RECOVERY, INC.,
    Intervening Plaintiff/Appellee,

v

AUTO-OWNERS INSURANCE COMPANY,
    Defendant/Counter-Plaintiff-
    Appellant.

SC: 138805
COA: 283313
Wayne CC: 06-602100-NF

_____/

On order of the Court, the application for leave to appeal the March 24, 2009 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(H)(1). The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 16, 2010

_____
Clerk

p0413